UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANTONIO M. FORREST         ]
    Plaintiff,             ]
                           ]
v.                         ]    No. 3:10-0674
                           ]    JUDGE HAYNES
DICKSON COUNTY JAIL, et al.]
    Defendants.            ]

**M E M O R A N D U M**

Plaintiff, Antonio M. Forrest, an inmate at the Montgomery County Jail in Clarksville, Tennessee, filed this *pro se* action under 42 U.S.C. § 1983 against the Defendants: Dickson County Jail; Tom Wall, Sheriff of Dickson County; three members of the Sheriff's staff; Centerstone, a health care provider at the Dickson County Jail; and Tracy Groves, a Centerstone employee; seeking injunctive relief and damages.

According to his complaint, on May 21, 2008, the Plaintiff was transferred from the Williamson County Jail to the Dickson County Jail. From his arrival until July 31, 2008, Plaintiff alleges that the defendants denied him much needed psychiatric care. In addition, Plaintiff contends that he was wrongly accused of filing a false police report.

The events about which Plaintiff complains occurred prior to August, 2008. The complaint arrived in the Clerk's Office on July

9, 2010. Thus, it appears that this action is time-barred by the one year statute of limitations imposed upon civil rights claims brought in Tennessee. <u>Merriweather v. City of Memphis</u>, 107 F.3d 396, 398 (6th Cir.1997). Nothing in the complaint suggests that the statute should be tolled so as to permit the untimely filing of the complaint. The Court, therefore, concludes that the Plaintiff has failed to state a claim upon which relief can be granted because this action is untimely. <u>Dellis v. Corrections Corp. of America</u>, 257 F.3d 508, 511 (6th Cir.2001)(*sua sponte* dismissal of an untimely prisoner complaint is appropriate).

Plaintiff is give thirth (30) days from the date of this ruling to set forth reasons for his delay in filing this action. Absent a reasonable response, this action will be dismissed.

_____
WILLIAM J. HAYNES, JR.
United States District Judge
8-5-10