UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANTONIO M. FORREST,                )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )     No. 3:10-0674
                                   )     JUDGE HAYNES
                                   )
DICKSON COUNTY JAIL, et al.        )
                                   )
        Defendants.                )

## ORDER

In its Memorandum (Docket Entry No. 3), the Court gave Plaintiff thirty days from the date of its ruling to set forth reasons for his delay in filing this action, and that absent a reasonable response the Court would dismiss this action. Plaintiff filed a statement of reasons (Docket Entry No. 8) and filed a motion for status of case (Docket Entry No. 9).

According to Plaintiff's response, Plaintiff states that he sent various letters to the Williamson County assistant public defender representing him, the Dickson County Court and Sheriff Wall. These letters concerned events that allegedly occurred at the Dickson County Jail in July 2008, but did not receive any response. Plaintiff states that "These three are the primary reason for his delay in filing his action and when it became clear that my case was being hindered, I took the next step." (Docket Entry No. 8 at 7).

The Court concludes that Plaintiff has failed to present any reasons to justify his dely in filing this action so as to warrant the tolling of the applicable statute of limitations. Accordingly, this action is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's previous

Memorandum. (Docket Entry No. 3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 17th day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge